## AMERICAN PUBLIC POWER ASSOCIATION ET AL. *v.* POWER AUTHORITY OF NEW YORK ET AL.

No. 477.   Decided November 18, 1957.

*Northcutt Ely* and *Robert L. McCarthy* for petitioners.

*Louis J. Lefkowitz,* Attorney General, and *John R. Davison,* Solicitor General, for the State of New York, and *Thomas F. Moore, Jr., Frederick P. Lee* and *Ralph A. Gilchrist* for the Power Authority of New York, respondents.

A brief as *amici curiae* was filed by *Edmund G. Brown,* Attorney General, and *Charles E. Corker,* Deputy Attorney General, for the State of California; *Duke W. Dunbar,* Attorney General, *Frank E. Hickey,* Deputy Attorney General, and *John B. Barnard, Jr.,* Assistant Attorney General, for the State of Colorado; *Harvey Dickerson,* Attorney General, for the State of Nevada; *Fred M. Standley,* Attorney General, and *Paul L. Billhymer,* Assistant Attorney General, for the State of New Mexico; *Will Wilson,* Attorney General, *James N. Ludlum,* First Assistant Attorney General, and *James W. Wilson,* Assistant Attorney General, for the State of Texas; *E. R. Callister,* Attorney General, for the State of Utah; and *Thomas O. Miller,* Attorney General, for the State of Wyoming.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the United States Court of Appeals for the District of Columbia Circuit is vacated and the case is remanded to that court with directions to dismiss the petition upon the ground that the cause is moot.